## LOUIS VITALE ET AL. *v.* MICHAEL NATALINO ET AL.
### (2919)

DANNEHY, C.P.J., HULL and SPALLONE, Js.

Submitted on briefs May 10—decision released July 31, 1984

*Louis Vitale,* pro se, the appellant (plaintiff), filed a brief.

*Bruce L. Levin* and *Anthony V. Avallone* filed a brief for the appellees (named defendant et al.).

*Raymond B. Green* filed a brief for the appellees (defendant Tobin & Levine et al.).

PER CURIAM. The plaintiff[1] filed this appeal[2] following a trial in which the jury found against the plaintiffs on each of the five counts in their complaint.

The parties did not appear for oral argument, but stipulated that the court may rule on the basis of the record and briefs. After a careful study of the record and briefs of those issues properly before this court, we conclude that there is no merit to the plaintiff's claims.

There is no error.

---

[1] The original suit included both Louis Vitale and Andres Rodriguez as the plaintiffs. Rodriguez was nonsuited and failed to appeal the nonsuit. For the purposes of this appeal, Vitale is the sole plaintiff.

[2] This appeal, originally filed in the Supreme Court, was transferred to this court. Public Acts, Spec. Sess., June, 1983, No. 83-29, § 2 (c).